**Order entered January 15, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00017-CR

### RICARDO BELTRAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-56077-M**

## ORDER

The clerk's record in the above appeal was filed January 11, 2019. The trial court's charge to the jury on guilt/innocence, which counsel requested included in the clerk's record, is missing from that record. *See* TEX. R. APP. P. 34.5(a)(4); (b).

We **ORDER** Dallas County District Clerk Felicia Pitre to file a supplemental clerk's record containing the trial court's charge to the jury on guilt/innocence in this appeal **WITHIN FOURTEEN DAYS** of the date of this order.

/s/      CORY L. CARLYLE
              JUSTICE